# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2026

Mr. Thomas More Flanagan
Flanagan Partners, L.L.P.
201 Saint Charles Avenue
Suite 3300
New Orleans, LA 70170

Mr. Harry E. Morse
Bohman Morse, L.L.C.
400 Poydras Street
Suite 2050
New Orleans, LA 70130

Mr. Cayce Peterson
JJC Law, L.L.C.
111 Veterans Memorial Blvd.
Heritage Plaza
Suite 810
Metairie, LA 70005

    No. 26-30091   In re: Alliance Liftboats, L.L.C.
                      USDC No. 2:24-CV-1000

Dear Counsel:

This letter will serve to confirm my call this date advising that the court has requested a response to Petitioner's Motion to Stay to be filed in this office on or before 5:00 Wednesday, February 25, 2026.

Additionally, the court requests a response to Petitioner's Mandamus Petition to be filed in this office on or before by 5:00pm Tuesday, March 3, 2026.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Dantrell L. Johnson, Deputy Clerk
                                    504-310-7689

cc:
    Ms. Rebecca Sha