NO. 26-30091

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

### *IN RE* ALLIANCE LIFTBOATS, LLC

_____

### A CIVIL PROCEEDING
_____

PETITION FOR WRIT OF MANDAMUS FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, HON. SUSIE MORGAN, CIVIL ACTION 2:24-CV-01000

_____

### MOTION FOR LEAVE TO FILE REPLY BRIEF IN RESPONSE TO THE OPPOSITION TO MOTION TO STAY ON BEHALF OF PATRICK BREAUX AND THOSE SIMILARY SITUATED

_____

David M. Korn (Bar #21676)
Rebecca Sha (Bar #35317)
Stephanie M. Poucher (Bar #37263)
Brendan J. Besh (Bar #40280)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email:   kornd@phelps.com
         rebecca.sha@phelps.com
         stephanie.poucher@phelps.com
         brendan.besh@phelps.com

**ATTORNEYS FOR DEFENDANT-PETITIONER, ALLIANCE LIFTBOATS, LLC**

**MAY IT PLEASE THE COURT:**

Defendant-Petitioner Alliance Liftboats, LLC ("Alliance") and, given the novel arguments raised in Plaintiff-Respondents' Opposition to Alliance's Motion to Stay of District Court Proceedings ("Opposition"), respectfully requests this Court grant Alliance leave to file a Reply Brief in response to Plaintiff-Respondents' Opposition on or before February 26, 2026. Alliance contends that as a matter of responding to arguments made in Plaintiff-Respondents' Opposition, it should be granted the opportunity to respond to Respondents' Opposition.[1]

**WHEREFORE**, Alliance respectfully requests this Court grant it leave to file a Reply Brief in response to Plaintiff-Respondents' Opposition and in further support of Defendant-Petitioner's Motion to Stay of District Court Procedures Pending Review of Petition for Writ of Mandamus.

February 26, 2026

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: _____
David M. Korn (Bar #21676)
Rebecca Sha (Bar #35317)
Stephanie M. Poucher (Bar #37263)
Brendan J. Besh (Bar #40280)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130

**ATTORNEYS FOR DEFENDANT-PETITIONER, ALLIANCE LIFTBOATS LLC**

---

[1] Alliance's proposed Reply Brief in Response to Breaux's Opposition to Motion to Stay is attached here as Exhibit A.