# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 26, 2026
Lyle W. Cayce
Clerk

No. 26-30091

In re Alliance Liftboats, L.L.C.,

*Petitioner.*

---

Petition for Writ of Mandamus
to the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1000

---

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that petitioner's motion to stay all proceedings in the district court pending review of the petition for writ of mandamus is GRANTED. This is a temporary administrative stay and is not to be construed as a comment on the merits of the mandamus petition or on any other issue. This panel will act promptly in regard to the petition once a response is received and considered.