# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
February 26, 2026
Lyle W. Cayce
Clerk

No. 26-30091

In re Alliance Liftboats, L.L.C.,

*Petitioner.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1000

---

ORDER:

IT IS ORDERED that petitioner's motion for leave to file a reply in support of its motion for stay is DENIED as moot.

Jerry E. Smith
United States Circuit Judge