

Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130
504 566 1311

March 3, 2026

Rebecca S. Sha
Partner
rebecca.sha@phelps.com
Direct  504 584 9258

Honorable Jerry Edwin Smith
Judge, Fifth Circuit Court of Appeal
600 S. Maestri Place
New Orleans, LA  70130

Honorable Catharina Haynes
Judge, Fifth Circuit Court of Appeal
600 S. Maestri Place
New Orleans, LA  70130

Honorable Andrew S. Oldham
Judge, Fifth Circuit Court of Appeal
600 S. Maestri Place
New Orleans, LA  70130

Mr. Lyle W. Cayce
Clerk of Court, Fifth Circuit Court of Appeal
600 S. Maestri Place
New Orleans, LA  70130

      Re:    *Patrick Breaux v. Alliance Liftboats, LLC et al.;* 5th *Circuit Court of Appeal Number 26-30092; USDC-EDLA 2:24-cv-01000*

Dear Honorable Judges:

      Defendant-Petitioner Alliance Liftboats, LLC ("Alliance") writes to provide notice to this Honorable Court of its intent to file a reply brief in response to the Opposition Brief filed against its Petition for Writ of Mandamus in this matter. This reply brief will be filed on or before 5 p.m. on March 6, 2026, and Alliance respectfully requests that this Court delay ruling on the merits of its Petition for Mandamus until this Reply Brief is filed. Alliance contends that this Reply Brief is necessary to respond to novel arguments raised in Plaintiff-Respondents' Brief and will ultimately assist this Court in reviewing this Petition.

Rebecca S. Sha

cc:    David M. Korn
Stephanie J. Poucher
Brendan J. Besh
Harry E. Morse
Martin S. Bohman
Cayce C. Peterson
Jeffrey P. Green
Michael A. Mahone, Jr.
Thomas M. Flanagan
Anderson F. Holmgren