# NO. 26-30091

_____

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

_____

### *IN RE* ALLIANCE LIFTBOATS, LLC

_____

### A CIVIL PROCEEDING
_____

PETITION FOR WRIT OF MANDAMUS FROM THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, HON. SUSIE MORGAN, CIVIL ACTION 2:24-CV-01000

_____

### MOTION FOR LEAVE TO FILE REPLY BRIEF IN FURTHER SUPPORT OF PETITION FOR WRIT OF MANDAMUS

_____

David M. Korn (Bar #21676)
Rebecca Sha (Bar #35317)
Stephanie M. Poucher (Bar #37263)
Brendan J. Besh (Bar #40280)
**PHELPS DUNBAR LLP**
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email:   kornd@phelps.com
         rebecca.sha@phelps.com
         stephanie.poucher@phelps.com
         brendan.besh@phelps.com

**ATTORNEYS FOR DEFENDANT-PETITIONER, ALLIANCE LIFTBOATS, LLC**

**MAY IT PLEASE THE COURT:**

Defendant-Petitioner Alliance Liftboats, LLC ("Alliance") and, respectfully requests this Court grant Alliance leave to file a Reply Brief in further support of their Petition for Writ of Mandamus and in response to Plaintiff-Respondents' Brief in Opposition on or before March 6, 2026. Alliance contends that this Reply Brief is necessary to respond to novel arguments raised in Plaintiff-Respondents' Brief and will ultimately assist this Court in reviewing this Petition.

**WHEREFORE**, Alliance respectfully requests this Court grant it leave to file a Reply Brief in further support of their Petition for Writ of Mandamus on or before March 6, 2026.

DATE: March 4, 2026

                Respectfully submitted,

                **PHELPS DUNBAR LLP**

BY: _____
        David M. Korn (Bar #21676)
        Rebecca Sha (Bar #35317)
        Stephanie M. Poucher (Bar #37263)
        Brendan J. Besh (Bar #40280)
        **PHELPS DUNBAR LLP**
        Canal Place | 365 Canal Street, Suite 2000
        New Orleans, Louisiana 70130

        **ATTORNEYS FOR DEFENDANT-PETITIONER, ALLIANCE LIFTBOATS LLC**