# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
March 4, 2026
Lyle W. Cayce
Clerk

No. 26-30091

---

In re Alliance Liftboats, L.L.C.,

          *Petitioner.*

---

Petition for Writ of Mandamus
to the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1000

---

ORDER:

    IT IS ORDERED that petitioner's motion to file a reply to respondent's response/opposition is GRANTED. The reply is due by 4:00pm Friday March 6, 2026.

JERRY E. SMITH
United States Circuit Judge